**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
**www.bursor.com**

**YITZCHAK KOPEL**
Tel: **646.837.7150**
Fax: **212.989.9163**
**ykopel@bursor.com**

November 20, 2024

*Via ECF*

The Honorable Philip M. Halpern
United States District Court
Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street, Courtroom 520
White Plains, NY 10601

Re:  *Phoenix v. Cushman & Wakefield U.S., Inc.*, Case No. 7:24-cv-00965

Dear Judge Halpern:

    I represent Plaintiff in the above action. I write pursuant to Rule I.B of Your Honor's Individual Practices in Civil Cases to bring to the Court's attention a recent order denying reconsideration on the court's denial of the defendant's motion to dismiss and denying certification for interlocutory appeal in *Espinal v. Sephora USA, Inc.*, Case No. 1:22-cv-03034, ECF No. 114 (S.D.N.Y. Nov. 12, 2024) (Engelmayer, J.). A true and correct copy of the *Espinal* decision is attached hereto as **Exhibit A**.

    Plaintiff respectfully submits *Espinal* further supports denial of Defendant's motion, as Judge Engelmayer agreed with *Vega* in holding there is a private right to action under New York Labor Law § 191, and classified *Grant* as an "outlier decision." Ex. A, at 12.

Respectfully,

*/s/ Yitzchak Kopel*

cc:  All counsel of record via ECF

Encls.